# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CAPANA SWISS ADVISORS, AG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RYMARK INC., *et al.*, <br><br> Defendants. | **Case No. 1:25-mc-00029-RGA-SRF** <br><br> Originating Court: D. Utah <br> Originating Case No.: 2:23-CV-00467 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

H2E Americas, LLC ("Movant") respectfully gives notice to the Court regarding the order partially granting a motion to quash by the Eastern District of Louisiana in a matter filed by Sarah Simkiss (a member of Movant). Order & Reasons ("Op."), No. 25-mc-153 (E.D. La. Feb. 19, 2025), ECF 21, attached hereto.

The Louisiana matter involved a similar challenge to subpoenas almost identical to those served on Movant. The Eastern District of Louisiana quashed the deposition subpoena issued to Mrs. Simkiss on the basis that it was facially invalid due to lack of personal service, failure to tender the required witness fee, and failure to specify a location for the deposition. Op. 9-12.

[*Signature Page Follows*]

Dated: February 20, 2025    **BERGER MCDERMOTT LLP**

_/s/ Zachary J. Schnapp_____
David B. Anthony (#5452)
Zachary J. Schnapp (#6914)
1105 N. Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 655-1140
Facsimile:  (302) 658-1131
danthony@bergermcdermott.com
zschnapp@bergermcdermott.com

Jonathan Goldstein (*pro hac vice* to be sought)
David R. Osborne (admitted *pro hac vice*)
**GOLDSTEIN LAW PARTNERS, LLC**
200 School Alley, Suite 5
Green Lane, PA 18054
Telephone: (610) 949-0444
Facsimile: (215) 257-1910
jgoldstein@goldsteinlp.com
dosborne@goldsteinlp.com

*Counsel for Movant H2E*