# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| H2E AMERICAS, LLC,<br><br>    Petitioner,<br><br>vs.<br><br>RYMARK, INC., *et al.*,<br><br>    Respondents. | Case 1:25-mc-29-RGA-SRF<br><br>**[Originating Case in United States District Court for the District of Utah]**<br><br>Case No.: 2:23-cv-00467 |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

    Respondents Rymark, Inc., Vicky Small, and Nicolas Thayne Markosian ("Defendants" or "Rymark") respectfully move this Court to schedule a teleconference to address the following outstanding discovery dispute: whether Defendant's subpoena should be quashed, or a protective order entered in response to Petitioner H2E Americas, LLC's ("Petitioner") Motion to Quash Non-Party Subpoena or for Protective Order (D.I. 1).

    The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in video meet-and-confers by Zoom on Monday February 10, 2025.

**Delaware Counsel:**

    For Defendants: Jesse L. Noa

    For Petitioner: Zachary J. Schnapp

**Lead Counsel:**

    For Defendants: Robert Harrington

    For Petitioner: David Osborne

The parties are available for a teleconference on the following dates:

- March 11, 2025
- March 12, 2025
- March 13, 2025

| BERGER MCDERMOTT LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/   David B. Anthony* | */s/   Jesse L. Noa* |
| David B. Anthony (#5550) | Matthew F. Davis (#4696) |
| Zachary J. Schnapp (#6882) | Jesse L. Noa (#5793) |
| 1105 N. Market Street | Chamyra L. Upshur (#7344) |
| Ste 11th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 North Market Street |
| danthony@bergermcdermott.com | Wilmington, DE 19801 |
| zschnapp@bergermcdermott.com | (302) 984-6000 |
| | mdavis@potteranderson.com |
| *Attorneys for Petitioner* | jnoa@potteranderson.com |
| | cupshur@potteranderson.com |
| February 24, 2025 | *Attorneys for Defendants* |